# United States District Court

EASTERN DISTRICT OF WISCONSIN

**PARTIAL JUDGMENT
IN A CIVIL CASE**

HARRISON FRANKLIN and WAYNE HART,
    Plaintiffs

    v.        CASE NUMBER: 05-C-916

DAVID BETH, OFFICR ROGER,
NURSE DALE, CAPTAIN PRESTON,
OFFICER SHIMKUS, SGT. JOHNSON,
VISITING NURSE'S ASSOCIATION, and
JOHN DOE 1-50, JANE DOE 1-50,
    Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the plaintiffs' claims and causes of action against defendant Visiting Nurse's Association be dismissed on the merits, with prejudice, and that defendant Visiting Nurse's Association, formally known as Visiting Nurse Association of Wisconsin, Inc., 11333 West National Avenue, Milwaukee, WI 53227 recover its costs of this action.

| | |
|---|---|
|    December 12, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |